**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |  |
|---|---|---|
| **LUCY WOLFE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:16-cv-770** |
| **v.** | ) | **JUDGE CRENSHAW** |
| | ) | |
| **WILLIAMSON MEDICAL CENTER,** | ) | |
| | | |
| **Defendant.** | | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 10.) to which no Objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendant's first motion to dismiss for failure to state a claim (Doc. No. 5) is **DENIED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE